IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. COLEMAN,

        Plaintiff,                    No. CIV S-06-2313 LKK DAD P

    vs.

CAMPBELL, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2006, the court ordered plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies. On November 2, 2006, plaintiff filed a response. Therein plaintiff states that he has difficulty with reading and writing and that he submitted a 602 grievance at Mule Creek State Prison regarding his medical care. However, it continues to appear that plaintiff has not exhausted the claims set out in his complaint involving Yuba County Jail, California State Prison - Sacramento, and High Desert State Prison. As plaintiff was informed in the court's October 26 order, he must exhaust administrative remedies with respect to each claim presented prior to filing his lawsuit. Therefore, the court will order plaintiff to file an amended complaint that presents only his exhausted claims involving Mule Creek State Prison. Once plaintiff has exhausted

1

administrative remedies with respect to his other claims, he may file a new action setting forth those claim.

    Plaintiff was also ordered to file an application requesting leave to proceed in forma pauperis. On November 2, 2006, plaintiff filed his application; however, he did not sign the form. Therefore, plaintiff must file a new application. The portion of the form pertaining to his trust account does not need to be completed again.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The complaint, filed on October 19, 2006, is dismissed;

    2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; plaintiff must use the form complaint provided by the court and answer each question on the form; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint;

    3. Plaintiff is granted thirty days from the date of service of this order to file a new application requesting leave to proceed in forma pauperis;

    4. Plaintiff's failure to file an amended complaint and in forma pauperis application in accordance with this order will result in a recommendation that this action be dismissed; and

    5. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a § 1983 action and an application requesting leave to proceed in forma pauperis by a prisoner.

DATED: November 8, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cole2313.lta

2