IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. COLEMAN,

        Plaintiff,                       No. CIV S-06-2313 LKK DAD P

   vs.

CAMPBELL, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not properly completed his application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). On November 9, 2006, the court ordered plaintiff to file a new application because he had failed to sign the application he submitted to the court. On November 21, 2006, plaintiff filed his application, but again failed to sign the form. The court will provide plaintiff with a final opportunity to submit a signed application. Plaintiff is advised that he does not have to complete the portion of the form pertaining to his trust account.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall file a properly completed application requesting leave to proceed in forma pauperis. Plaintiff is cautioned that

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 9, 2007.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:4
cole2313.3b