1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
JOHN A. COLEMAN,
10
                                 NO. CIV. S-06-2313 LKK/DAD P
11          Plaintiff,

12      v.
                                        O R D E R
13 CAMPBELL, et al.,

14
            Defendants.
15 _____/

16      This case comes to the court upon the limited remand by the

17 Circuit court. Judgment was entered against plaintiff on February

18 12, 2008 and he filed a notice of appeal on August 21, 2008. While

19 an appeal filed more than thirty days after the entry of judgment

20 or the order being appealed is entered would typically be untimely,

21 see Fed. R. App. Proc. 4(a)(1)(A), in his notice of appeal

22 plaintiff stated that he had not received the judgment until August

23 16, 2008 because he had been transferred to a medical facility. The

24 court construes this, per the Court of Appeals' directive, as a

25 motion to reopen the time to file an appeal.

26      A motion to reopen time to file an appeal may be granted upon

                                    1

a showing that three elements have been met. Fed. R. App. Proc. 4(a)(6). First, the court must find that the moving party did not receive a copy of the judgment or order he is appealing within twenty-one days of its entry. Second, the moving party must have moved to reopen time within 180 days of the entry of the judgment or order or within seven days of having received the notice, whichever is shorter. Third, the court must find that no party would be prejudiced by reopening time. Here, judgment was entered on February 12, 2008 and therefore the 180 days expired on August 10, 2008. Given that plaintiff did not receive notice until August 16, 2008, the shorter of the two time periods referenced in Rule 4(a)(6)(B) expired on August 10, 2008. Because plaintiff's motion to reopen time was untimely, it is DENIED.

IT IS SO ORDERED.

DATED:  February 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT